**Order entered June 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00274-CV

### STEWARD HEALTH CARE SYSTEM LLC AND
### SOUTHWEST GENERAL HOSPITAL, LP, Appellants

### V.

### FRANK SAIDARA, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16862**

## ORDER

Before the Court is appellants' June 3, 2019 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **June 11, 2019**.

/s/　　KEN MOLBERG
　　　　JUSTICE